# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                       Case Number: 4:19–cr–00919

Nelson Orozco

## NOTICE OF RESETTING

**A proceeding has been set in this case as to Nelson Orozco as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/8/2022

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date: June 1, 2022                                                      Nathan Ochsner, Clerk